```
                                           FILED
                                           JUL 2 9 2009
                                           RICHARD W. WIEKING
                                           CLERK, U.S. DISTRICT COURT
                                           NORTHERN DISTRICT OF CALIFORNIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV-09-80089 MISC VRW

Jeffrey S Mintz,
                                     ORDER
    State Bar No 113467

_____/

        On May 1, 2009, the court issued an order to show cause (OSC) why Jeffrey S Mintz should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment as a member of the State Bar of California pursuant to Section 6007 of the Business & Professions Code, effective February 7, 2009.

        The OSC was mailed to Mr Mintz's address of record with the State Bar on May 6, 2009. A written response was due on or before May 26, 2009. No response to the OSC has been filed as of this date.

        The court now orders Jeffrey S Mintz removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

        IT IS SO ORDERED.

                              VAUGHN R WALKER
                              United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Jeffrey S Mintz,

Case Number: C09-80089 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey S Mintz
43225 Whittier Avenue
Hemet, CA 92544

Dated: July 29, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*